**In re Nomination Petition of Joseph B. NATOLI.**

**Petition of Joseph B. Natoli.**

Supreme Court of Pennsylvania.

May 5, 1999.

Stanley B. Lederman, Pittsburgh, for petitioner.

### *ORDER*

PER CURIAM.

AND NOW, this 5 th day of May, 1999, Joseph Natoli's Emergency Application for Stay and for Advancement of Consideration and Argument is hereby DENIED.

Justice ZAPPALA did not participate in the consideration or decision of this matter.

■

**METHODIST HOSPITAL**

v.

**John CAMPISI and Daniel Del Collo, Jr., Esquire.**

**Petition of Daniel Del Collo, Jr., Esquire.**

Supreme Court of Pennsylvania.

May 7, 1999.

P.A.T. Cardy, Philadelphia, for petitioner.

### *ORDER*

PER CURIAM:

AND NOW, this 7 th day of May, 1999, the Petition for Allowance of Appeal is GRANTED limited to the issue of whether petitioner's letter of protection directed to respondent created an enforceable contract.